UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHAEL KENT,<br><br>        Plaintiff,<br><br>v.<br><br>SPIRIT REALTY CAPITAL, INC., RICHARD GILCHRIST, KEVIN CHARLTON, ELIZABETH FRANK, MICHELLE FRYMIRE, KRISTIAN GATHRIGHT, JACKSON HSIEH, DIANA LAING, NICHOLAS SHEPHERD, and THOMAS SULLIVAN,<br><br>        Defendants. | Case No. 4:23-cv-13232-SDK-KGA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Kent ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

<table>
<tr><td>

Dated: February 15, 2024


OF COUNSEL:

**LONG LAW, LLC**
Brian D. Long
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@LongLawDE.com

</td><td>

Respectfully Submitted,

*/s/ Richard A. Acocelli*
Richard A. Acocelli
**ACOCELLI LAW, PLLC**
33 Flying Point Road, Suite 131
Southampton, NY 11968
Tel: (631) 204-6187
Email:
racocelli@acocellilaw.com

*Attorneys for Plaintiff*

</td></tr>
</table>

- 2 -